UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DENISE MASON

      Plaintiff

     v.

REED'S INC, d/b/a/ VIRGIL'S SODAS

      Defendant

Case No.:1:18-CV-10826-JGK

## AFFIDAVIT OF PERSONAL SERVICE

That I, HECTOR FLORES hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That on 2/19/2019 at 3:10 PM at 13000 S. SPRING STREET, LOS ANGELES, CA 90061 I served REED'S INC, d/b/a/ VIRGIL'S SODAS with the following list of documents: CLASS ACTION AMENDED COMPLAINT; SUMMONS IN A CIVIL ACTION by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Steffan R. - Person in charge who is authorized to accept service on behalf of REED'S INC, d/b/a/ VIRGIL'S SODAS.

That the description of the person actually served is as follows: Gender: Male Race: WHITE Age: 55 Height: 6'2 Weight: 280 Hair: BLACK Eyes:BROWN Marks:

That I asked the person spoken to whether the Servee was in the active duty military service of the United States or in the state in which this service was made and was told [ ✓ ] No they were not [ ] Yes they are [ ] No answer was given.

That the fee for this Service is $ 69.50

HECTOR FLORES
Contracted by Direct Legal Support, Inc.
1541 Wilshire Blvd., Suite 550
Los Angeles, CA 90017
(213) 483-4900

Executed On: 2/22/19

Order #:77386
Their File MASON vs REED'S INC