USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-30-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DENISE MASON,**

                     **Plaintiff,**                18-cv-10826 (JGK)

      - against -                    **ORDER**

**REED'S INC.,**

                     **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

For the reasons discussed at the conference held today, January 30, 2020, the defendant's motion is **dismissed without prejudice** as moot. The Clerk is directed to **close Docket No. 21.**

The plaintiff may file a second amended complaint by **February 14, 2020.** The defendant may file a motion to dismiss by **March 6, 2020.** The plaintiff may respond by **March 23, 2020** and the defendant may reply by **April 4, 2020.** No further pre-motion conference is necessary.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **January 30, 2020**

                                                  **John G. Koeltl**
                                            **United States District Judge**