# GABRIELLI LEVITT LLP

2426 EASTCHESTER ROAD. • SUITE 103 • BRONX, NEW YORK 10469
PHONE (718) 708-5322 • FAX (718) 708-5966
E-MAIL: michael@gabriellilaw.com. • WWW: www.gabriellilaw.com

January 12, 2021

*Via ECF*

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Mason v. Reed's Inc. d/b/a Virgil's Sodas*
              Case No. 1:18-cv-10826-JGK

Dear Judge Koeltl:

      As the Court is aware, the undersigned represents the Plaintiff in connection with the above-referenced matter.

      Unfortunately, I have tested positive for Covid-19. Accordingly, I am requesting a short adjournment, preferably to the Court's next available date, of oral argument of the pending motion to dismiss that has been scheduled for January 14, 2021.

      I thank the Court for its kind consideration and apologize for any inconvenience that this may cause.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2021

Sincerely,

Michael J. Gabrielli, Esq.

cc:    David Scharf
        Gravitas Law Group
        1953 E. Chapman Ave.
        Fullerton, CA 92831
        *Via Facsimile*
        (949) 429-2249

ADJOURNED TO THURSDAY, JANUARY 28, 2021, AT 12:00PM. DIAL IN: 888-363-4749, WITH ACCESS CODE 8140049.

SO ORDERED.
1/12/21
[signed] John G. Koeltl
USDJ