GRAVITAS LAW GROUP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/07/2021

David J. Scharf
Direct:(949)-887-4589
David@davidscharf.org

June 4, 2021

*Via ECF*

Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

6/7/21

Re: *Mason v. Reed's Inc.*, Case No. 1:18-cv-10826-JGK

<u>Letter Motion Requesting Extension of Time for
Defendant Reed's, Inc. to File Class Action Settlement</u>

Dear Judge Koetl,

Pursuant to Rule 6(b)(1)(A) of the F.R.C.P., Defendant Reed's Inc. ("Reed's"), is hereby requesting an order permitting a brief extension of time to June 11, 2021 for Reed's filing of the documents required for preliminary approval of the class action settlement pursuant to the agreement of the parties achieved through mediation based on the following:

1. The date for filing is stated on the docket as June 4, 2021.
2. This is Reed's second request for extension.
3. I contacted opposing counsel, Mr. Gabrielli to discuss issues related to the filing; however, he was engaged in a deposition at the time.
4. The requested extension does not affect any other scheduled dates.
5. Lead counsel for Reed's has researched the issues related to the motion for preliminary approval of class settlement; however, there remain several


Page 2

issues that were not addressed in the settlement term sheet that require resolution between the parties prior to submission to the court.

6. Counsel for Reed's Inc. is therefore requesting a brief extension of one week to accommodate further discussion and resolution between the parties.

Sincerely,

David J. Scharf

Lead Counsel for Defendant Reed's Inc.