

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __6·15·21__

David J. Scharf
Direct:(949)-887-4589
David@davidscharf.org

June 14, 2021

<u>Via ECF</u>

Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
6/15/21

Re: *Mason v. Reed's Inc.*, Case No. 1:18-cv-10826-JGK

<u>Letter Motion Requesting Extension of Time to File
Joint Motion For Preliminary Approval of Class Action Settlement</u>

Dear Judge Koetl,

    Pursuant to Rule 6(b)(1)(A) of the F.R.C.P., Defendant Reed's Inc. ("Reed's"), is hereby requesting an order permitting a brief extension of one court day to June 14, 2021 for the parties to file a Joint Motion for Preliminary Approval of Class Action Settlement pursuant to the agreement of the parties achieved through mediation based on the following:

1. I submitted a letter motion requesting an extension to today's date on June 11, 2021.
2. This is Reed's fourth request for extension of time to file the Joint Motion for Preliminary Approval of Class Action Settlement.
3. I completed the initial draft of the Joint Motion for Preliminary Approval of Class Action Settlement on Friday June 4, 2021, at approximately 7:00 p.m. Pacific Time. Since it is a joint motion, I immediately forwarded the document to opposing counsel for approval, comment and edits.

June 15, 21
Page 2

4. I did not receive Mr. Gabrielli's revisions until 6:30 p.m. Eastern Time today. I completed the final draft of the Joint Motion for Preliminary Approval of Class Action Settlement today and forwarded to opposing counsel for signature at approximately 8:40 p.m. Eastern Time.
5. It is now 11:40 p.m. Pacific Time and I never received any response to my email requesting his signature.
6. The requested extension does not affect any other scheduled dates.
7. Counsel for Reed's Inc. is therefore requesting a brief extension of one court day to June 15, 2021 to accommodate obtaining opposing counsel's signature on the joint motion.

Sincerely,

David J. Scharf

Lead Counsel for Defendant Reed's Inc.