UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENISE MASON, individually and on behalf of other similarly situated individuals,

    Plaintiffs,

- against -

REED's INC.,

    Defendant.

---

18 cv 10826 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on June 24, 2021 at 12:00 p.m. Dial-in: (888) 363-4749, with access code 8140049. At the conference, the parties should be prepared to discuss the following topics:

1. The effect of <u>Berni v. Barilla S.P.A.</u>, 964 F.3d 141 (2d Cir. 2020) on the proposed settlement.

2. If the Court does not order notice to be given to absent class members, what opportunity would absent class members have to object.

3. The difference between preliminary approval and final approval in a Rule 23(b)(2) class.

4. If settlement is possible, the parties should submit the settlement agreement and any other relevant papers.

SO ORDERED.

Dated:   New York, New York
       June 17, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge