UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

DENISE MASON, individually and on
behalf of other similarly situated
individuals,                                    18 cv 10826 (JGK)

              Plaintiffs,           ORDER

   - against -

REED's INC.,

              Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties should advise the Court by July 9, 2021 as to the status of the case.

    SO ORDERED.

Dated:    New York, New York
            June 24, 2021

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/24/2021