UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENISE MASON, individually and on behalf of
all others similarly situated,

                Plaintiff,

- against –

REED'S INC. d/b/a VIRGIL'S SODAS,

                Defendant.
------------------------------------------------------------X

Case No. 1:18-cv-10826-JGK

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2021

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, REED'S INC. d/b/a VIRGIL'S SODAS.

Dated: July 16, 2021

SO ORDERED:

*[signature]*
U.S.D.J.
7/16/21

Respectfully submitted,

**GABRIELLI LEVITT LLP**

*[signature]*

Michael J. Gabrielli (MG-2421)
michael@gabriellilaw.com
2426 Eastchester Rd., Ste. 103
Bronx, New York 10469
Telephone: (718) 708-5322
Facsimile: (718) 708-5966

*Attorneys for Plaintiff and Proposed Class*